1

2

3

4

5

6

7                                                                      JS-6

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                     **WESTERN DIVISION**

12    ROBYN D.P.,
                                              No. 2:24-cv-09088-HDV-BFM
13              Plaintiff,
                                              **JUDGMENT**
14          v.

15
      FRANK BISIGNANO,
16    Commissioner of Social Security,

17              Defendant.

18

19

20         Pursuant to the Order accepting the Magistrate Judge's Report and

21    Recommendation,

22         IT IS ADJUDGED that the Commissioner's denial of benefits is affirmed,

23    and this action is dismissed with prejudice.

24

25    DATED: ____8/20/25_____

26

27    _____

28    HONORABLE HERNÁN D. VERA
      UNITED STATES DISTRICT JUDGE